UTILITIES ENGINEERING INSTITUTE, Movant, v. Hershell JARRELLS, Opposed.

June 23, 1950.

Joe Hobson for movant.

Joe P. Tackett opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

Carl LAMBERT v. COMMONWEALTH of Kentucky.

Oct. 3, 1950.

Rodes K. Myers for appellant.

A. E. Funk, Attorney General, William F. Simpson, Assistant Attorney General, for appellee.

PER CURIAM.

Appeal denied, judgment affirmed.